DOA
11-4-16

# UNITED STATES DISTRICT COURT
для the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Olga Reyes-Alvarez,<br>a.k.a.: Olga Reyes Alvarez,<br>a.k.a.: Olga Reyes,<br>(A 075 482 053)<br>*Defendant* | Case No. 16-8421MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 4, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Olga Reyes-Alvarez, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 28, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brooke Afshari

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 7, 2016

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 4, 2016, while following a lead, the Phoenix ICE Mobile Criminal Alien Team (MCAT) encountered Olga Reyes-Alvarez while conduction surveillance on North Country Club Drive, in Mesa, Arizona. At the scene, MCAT officers interviewed Reyes-Alvarez and determined her to be a citizen of Mexico, illegally present in the United States. On the same date, Reyes-Alvarez was transported to the Phoenix ICE office for further investigation and processing. Reyes-Alvarez was held in administrative custody until her criminal and immigration records could be obtained and her identity confirmed.

3. Immigration history checks revealed Olga Reyes-Alvarez to be a citizen of Mexico and a previously deported criminal alien. Reyes-Alvarez was removed from the United States to Mexico at or near Nogales, Arizona, on or about March 28, 2015, pursuant to the reinstatement of a removal order issued by an immigration judge. There is no record of Reyes-Alvarez in any Department of Homeland Security

1

database to suggest that she obtained permission from the Secretary of the Department of Homeland Security to return to the United States after her removal. Reyes-Alvarez's immigration history was matched to her by electronic fingerprint comparison.

4. Criminal history checks revealed that Olga Reyes-Alvarez was convicted of Conspiracy to Distribute Methamphetamine, a felony offense, on January 17, 2012, in the United States District Court, District of Nebraska. Reyes-Alvarez was sentenced to fifty-one (51) months' imprisonment and five (5) years' supervised release. Reyes-Alvarez's criminal history was matched to her by electronic fingerprint comparison.

5. On November 4, 2016, Olga Reyes-Alvarez was advised of her constitutional rights. Reyes-Alvarez freely and willingly acknowledged her rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 4, 2016, Olga Reyes-Alvarez, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 28, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 7th day of November, 2016.

_____
John Z. Boyle,
United States Magistrate Judge